# IN THE SUPREME COURT OF TEXAS

Misc. Docket No. 13 -**9174**

---

## RETRANSFER OF CASE
## FROM THE FIRST COURT OF APPEALS
## TO THE NINTH COURT OF APPEALS

---

Pursuant to Tex. Gov't Code § 73.001, the following case is hereby retransferred from the Court of Appeals for the First District, Houston, Texas, to the Court of Appeals for the Ninth District, Beaumont, Texas.

Case No. 01-13-00080-CV
*Wallace Debes v. Cahoot's Entertainment, Inc.,*
*Brian Lee O'Quinn and Jeffrey O'Quinn*

The First Court of Appeals will make the necessary order for the transfer of the case directed hereby, and will cause the Clerk of that Court to transfer the original transcripts and all filed papers in the case, and verify all Orders made, to the Ninth Court of Appeals. Upon completion of the transfer, the First Court of Appeals shall provide notice of the transfer to the Supreme Court and the State Office of Court Administration.

**ORDERED by the Supreme Court of Texas, in Chambers,**

With the Seal thereof affixed at the City of Austin, this ⎯day of December, 2013.

BLAKE HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS